**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-01490-CMA-CBS

AMBER DAVIES,

    Plaintiff,

v.

A.G. HILL PARTNERS, LLC, a Texas company,
SEVEN FALLS COMPANY, a Delaware corporation,
d/b/a THE NEW SEVEN FALLS COMPANY, d/b/a THE COTTAGE COMPANY,
d/b/a SEVEN FALLS PIPELINE AND RESERVOIR,

    Defendants.

---

**ORDER GRANTING STIPULATION FOR DISMISSAL OF DEFENDANT
A.G. HILL PARTNERS, LLC**

---

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice of Defendant A.G. Hill Partners, LLC (Doc. # 35). The Court has reviewed the Stipulation and ORDERS as follows:

Defendant A.G. Hill Partners, LLC is hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that each party shall pays her or its own attorney's fees and costs.

IT IS FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of A.G. Hill Partners, LLC as a Defendant in this case.

DATED: November __02__, 2012

                                                              BY THE COURT:

                                                              *Christine M Arguello*

                                                              _____
                                                              CHRISTINE M. ARGUELLO
                                                              United States District Judge