IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 12-cv-01490-CMA-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: April 18, 2013** | Courtroom Deputy: Monique Wiles |

*Parties:*                                                                 *Counsel:*

AMBER DAVIES,                                                 David Sargent

    Plaintiff,

v.

SEVEN FALLS COMPANY,                                  Alan D. Avery
                                                                              Zachary Westerfield
    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTIONS HEARING**
**Court in Session: 1:32 p.m.**
Court calls case.  Appearances of counsel.

This matter is before the Court regarding **Plaintiff's Motion and Brief to Amend Complaint to Add Exemplary Damages Claim [Doc. No. 51, filed 3/19/2013]** and **Motion and Brief to Exclude Improperly Designated Expert Testimony [Doc. No. 56, filed 3/26/2013]**.

**ORDERED:**      **Plaintiff's Motion and Brief to Exclude Improperly Designated Expert Testimony [Doc. No. 56, filed 3/26/2013] is DENIED**.

**ORDERED:**      **Plaintiff's Motion and Brief to Amend Complaint to Add Exemplary Damages Claim [Doc. No. 51, filed 3/19/2013] is GRANTED**.
Plaintiff shall have until 5 p.m. on April 22, 2013 to file an amended complaint.

**ORDERED:**      **Plaintiff's Motion and Brief for Substitution of Party [Doc. No. 63, filed 4/16/2013] is GRANTED**.

HEARING CONCLUDED.

**Court in recess**: **2:53 p.m.**
Total time in court: 1 hour, 21 minutes

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.