IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   12-cv-01490-RM-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:   July 1, 2013 | Courtroom Deputy:    Courtni Covington |

*Parties:*                                                                                               *Counsel:*

KARL T. ANDERSON,                                                                 John D. Gehlhausen

     Plaintiff,

v.

SEVEN FALLS COMPANY,                                                           Alan D. Avery
                                                                                                        Zachary S. Westerfield
     Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in Session:       1:35 p.m.**
Court calls case.  Appearances of counsel.

This matter is before the court regarding Plaintiff's **MOTION to Permit Disclosure of Plaintiff's Rebuttal Expert** [Doc. No. 71, filed 05/01/13].

Counsel for Plaintiff  presents oral argument and engages in discussion with the court.

Discussion between the court and Mr. Gehlhausen regarding good cause for the motion being granted, the previous hearing held on 4/18/2013, and the denial of Doc. No. 56.  The court notes its issues with the time of the filing of Plaintiff's motion.  Discussion regarding the case law cited in his motion.

**ORDERED:**         MOTION to Permit Disclosure of Plaintiff's Rebuttal Expert [Doc. No. 71, filed 05/01/13] is **DENIED** for the reasons stated on the record.  Relevant decisions and case law cited.

The court informs the parties that a written order will follow.

HEARING CONCLUDED.         **Court in recess**:   **2:24 p.m.**         Total time in court:    00:49

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.