**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**JUDGE RAYMOND P. MOORE**

Courtroom Deputy: Nick Richards          Date: February 7, 2014
Court Reporter: Tammy Hoffschildt

**CASE NO. 12-cv-01490-RM-CBS**

Parties                                  Counsel

KARL T. ANDERSON, solely in his capacity     John Dress Gehlhausen
as Chapter 7 Trustee for the bankruptcy
estate of Robert Leone Davies and Amber
Tracey Davies,

     Plaintiff,

v.

SEVEN FALLS COMPANY, a Delaware          Alan D. Avery
corporation, dba                         Zachary S. Westerfield
THE NEW SEVEN FALLS COMPANY, dba
THE COTTAGE COMPANY, dba
SEVEN FALLES PIPELINE &
RESERVOIR,

     Defendant.

**COURTROOM MINUTES**

**STATUS CONFERENCE**
**COURT IN SESSION**: 10:01 a.m.
Court calls case. Appearances of counsel. All parties appear via telephone. Hearing is
held in the chambers of the Honorable Raymond P. Moore.

Initial remarks by the Court.

**ORDERED:**  Defendant's Motion to Vacate Trial [Doc. No. 142, filed January 31, 2014]
is **GRANTED**. The Jury Trial currently set to commence on February 18,
2014 at 9:00 a.m., as well as any filings or other deadlines associated with

trial, whether previously set by oral request at the Trial Preparation Conference or otherwise, are **VACATED**.

**10:03 a.m.**   Statement by Mr. Avery regarding Defendant's Motion Pursuant to Fed. R. Civ. P. 69(a) to Deposit $17,011.46 into the Court Registry [Doc. No. 141, filed January 31, 2014].

**10:14 a.m.**   Statement by Mr. Gehlhausen regarding Defendant's Motion [141].

**ORDERED:**   On or before Friday, February 14, 2014, the parties shall contact the chambers of Magistrate Judge Craig B. Shaffer by telephone to schedule a hearing to explore resolution or settlement of outstanding issues. Karl Anderson shall be present for any hearing set before Magistrate Judge Shaffer.

**ORDERED:**   The parties shall submit a Status Report not to exceed two pages in length on or before March 24, 2014.

**COURT IN RECESS**: **10:27 a.m.**
**Total in court time**: **00:26**
**Hearing concluded**