**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson<br>Court Reporter:  Tammy Hoffschildt | Date:  February 3, 2016 |

**CASE NO.   12-cv-01490-RM-CBS**

| | |
|---|---|
| KARL T. ANDERSON, solely in his capacity as<br>Chapter 7 Trustee for the bankruptcy estate of<br>Robert Leone Davies and Amber Tracey Davies,<br><br>      Plaintiff,<br><br>v.<br><br>SEVEN FALLS COMPANY, d/b/a The New Seven<br>Company, d/b/a Seven Falls Pipeline & Reservoir,<br><br>      Defendant. | John Gehlhausen<br><br><br><br><br><br><br>Alan Avery |

## COURTROOM MINUTES

**STATUS CONFERENCE
COURT IN SESSION**:         8:56 a.m.

Court calls case. Appearances of counsel.   Jennifer Neville is present with Mr. Gehlhausen.

Discussion held regarding the status of the case and pending motions.

**ORDERED:**  Defendant's Motion for a Determination of Costs and Fees (Doc. 154) and Defendant's Motion to Preclude Special Counsel Gehlhausen and Sargent from Recovering Costs or a Contingent Fee Based on Costs From any Judgment Awarded by the Court Based on the Doctrine of Judicial Estoppel (Doc. 155) are DENIED as moot as stated on the record.

**ORDERED:**  Within 20 days of this date, Plaintiff's counsel shall file a bill of costs and pleading, whether by motion or other pleading, specifying his position as to the resolution of the issue of fees and costs.   Defendant's counsel shall file a response within 14 days after the filing of Plaintiff's counsel's pleading. Plaintiff's reply shall be filed within seven (7) days after the filing of Plaintiff's response.

**ORDERED:**  A further Status Conference is set for **March 18, 2016, at 1:00 p.m.**

**COURT IN RECESS**:     **9:22 a.m.**
**Total in court time**:    **00:26**
**Hearing concluded**